Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-16495 (ABA)

Karen L. Frye  
154 Franklin Street  
Swedesboro, NJ  08085

Monthly Payment: $167.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/31/2022 | $167.00 | 03/01/2022 | $167.00 | 05/02/2022 | $167.00 | 06/02/2022 | $167.00 |
| 07/05/2022 | $167.00 | 08/04/2022 | $167.00 | 08/23/2022 | $334.00 | 09/01/2022 | $167.00 |
| 09/29/2022 | $167.00 | 10/31/2022 | $167.00 | 12/06/2022 | $167.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | KAREN L. FRYE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $4,500.00 | $2,294.22 | $2,205.78 | $458.91 |
| 1 | ALLY FINANCIAL | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AVANT/WEBBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA, N.A. | 33 | $1,367.90 | $0.00 | $1,367.90 | $0.00 |
| 5 | BOROUGH OF SWEDESBORO | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $407.12 | $0.00 | $407.12 | $0.00 |
| 7 | CHASE CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | COWART DIZZIA, LLP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | LVNV FUNDING, LLC | 33 | $482.37 | $0.00 | $482.37 | $0.00 |
| 10 | DEPTFORD CENTER FOR REHABILITATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING, LLC | 33 | $447.43 | $0.00 | $447.43 | $0.00 |
| 12 | CAVALRY SPV I, LLC | 33 | $3,071.24 | $0.00 | $3,071.24 | $0.00 |
| 13 | PREMIER BANKCARD, LLC | 33 | $313.32 | $0.00 | $313.32 | $0.00 |
| 14 | DEPARTMENT OF THE TREASURY | 28 | $1,050.41 | $0.00 | $1,050.41 | $0.00 |
| 15 | KOHL'S | 33 | $2,899.48 | $0.00 | $2,899.48 | $0.00 |
| 16 | MERRICK BANK | 33 | $889.89 | $0.00 | $889.89 | $0.00 |
| 17 | MIDLAND FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | MIDLAND FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | STATE OF NEW JERSEY | 33 | $3,255.70 | $0.00 | $3,255.70 | $0.00 |
| 20 | PRESSLER, FELT & WARSHAW LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | PRESSLER, FELT & WARSHAW LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | LEGACY MORTGAGE ASSET TRUST 2021-GS1 | 24 | $3,021.75 | $0.00 | $3,021.75 | $0.00 |
| 23 | STATE OF NEW JERSEY DIVISION OF TAXATION | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | TRANSUNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | DEPARTMENT OF THE TREASURY | 33 | $6,825.35 | $0.00 | $6,825.35 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2021 | 60.00 | $167.00 |
| 09/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,004.00 |
| Total paid to creditors this period: | $458.91 |
| Undistributed Funds on Hand: | $152.64 |
| Arrearages: | $0.00 |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**