| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Legacy Mortgage Asset Trust 2021-GS1 | <br><br>**Order Filed on February 6, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>    Karen L. Frye a/k/a Karen Lynn Frye,<br><br>Debtor. | Case No.: 21-16495 ABA<br><br>Adv. No.:<br><br>Hearing Date: 1/10/2023 @ 10:00 a.m..<br><br>Judge: Andrew B. Altenburg, Jr. |

### ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: February 6, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Karen L. Frye a/k/a Karen Lynn Frye,
Case No: 21-16495 ABA
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Legacy Mortgage Asset Trust 2021-GS1, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 300 Linden Avenue, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Brad J. Spiller, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of January 9, 2023, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due October 1, 2022 through January 1, 2023 with $1,37.86 in suspense for a total post-petition default of $4,214.06 (4 @ $1,397.73, less suspense balance of $1,376.86)

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $4,214.06 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume February 1, 2023 directly to Secured Creditor (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $188.00 for filing fees, totaling $538.00, which is to be paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 21-16495-ABA
Karen L. Frye                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                User: admin                                Page 1 of 2
Date Rcvd: Feb 06, 2023                      Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2023:**

**Recip ID    Recipient Name and Address**
db    + Karen L. Frye, 154 Franklin St., Swedesboro, NJ 08085-1269

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2023                              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2023 at the address(es) listed below:**

**Name**    **Email Address**

Andrew M. Lubin
    on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 nj-ecfmail@mwc-law.com alubin@milsteadlaw.com

Denise E. Carlon
    on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Michael J. Milstead
    on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 bkecf@milsteadlaw.com bkecf@milsteadlaw.com

Thomas G. Egner
    on behalf of Debtor Karen L. Frye tegner@mcdowelllegal.com

District/off: 0312-1     User: admin     Page 2 of 2
Date Rcvd: Feb 06, 2023     Form ID: pdf903     Total Noticed: 1

U.S. Trustee

tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7